# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | **RE:** | Ariel Morales |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:22-cr-00249-HSG-1 |
| **Date:** | 2/21/23 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sheri Broussard                                           (415) 436-7511

U.S. Pretrial Services Officer                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[x] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. _____

B. _____

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_Kandis Westmore_                              February 27, 2023
**JUDICIAL OFFICER**                          **DATE**